IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.H. AND H.M. MINORS, BY AND THROUGH THEIR PARENT, MEGAN HEIM, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAMSON COUNTY SHCOOL BOARD OF EDUCATION, et al., <br><br> Defendants. | NO. 3:21-cv-00733 <br><br> JUDGE RICHARDSON |

## **ORDER**

It is hereby ORDERED that the Clerk transfer this case to United States District Judge Waverly Crenshaw, as it is related to an earlier filed case (3:21-cv-0725) that is assigned to him.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE